JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
EMILY K. HARVIN, CA Bar No. 299950
emily.harvin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
SCHOLASTIC BOOK FAIRS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Roy,<br><br>        Plainitff,<br><br>v.<br><br>Scholastic Book Fairs, Inc., a Delaware corporation<br><br>        Defendant. | Case No. 2:20-cv-02547 JFW (ASx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed:  January 2, 2020<br>Trial Date:           5/18/21<br>District Judge:     Hon. John F. Walter |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that defendant Scholastic Book Fairs, Inc.'s ("Defendant") Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (the "Motion") was heard by the Honorable John F. Walter of this Court. No appearances were made.

After full consideration of the evidence and authorities submitted by the parties, including the parties' moving, opposition, and reply papers, and good cause appearing therefor, the Court granted the Motion in its entirety on May 26, 2020. Also on May 26, 2020, this Court dismissed this action with prejudice (docket no. [40]).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the entire above-entitled action is DISMISSED, with prejudice, and that Plaintiff Keith Roy take nothing against Defendant.

DATED: June 16, 2020

                                                                       _____
                                                                       Hon. John F. Walter
                                                                       UNITED STATES DISTRICT COURT